# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

DANIEL ALVARENGA

V.

CITY AND COUNTY OF SAN FRANCISCO, a
municipal corporation, MARK McKINNEY,
individually & official capacity as police officer &

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07-02526

TO: (Name and address of defendant)

OFFICE OF THE CITY ATTORNEY
CITY HALL, ROOM 234
SAN FRANCISCO, CA 94102

OFFICER MARK MCKINNEY
SFPD LEGAL DIVISION
850 BRYANT STREET
SAN FRANCISCO, CA 94103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JOHN L. BURRIS
ADANTE D. POINTER
LAW OFFICES OF JOHN L. BURRIS
7677 OAKPORT STREET SUITE 1120
OAKLAND, CALIFORNIA 94621

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE MAY 11, 2007

CYNTHIA LENAHAN
(BY) DEPUTY CLERK