```
1   JOHN L. BURRIS, ESQ. SB #69888
    ADANTE POINTER, ESQ. SB #236229
2   LAW OFFICES OF JOHN L. BURRIS
3   Airport Corporate Centre
    7677 Oakport St., Suite 1120
4   Oakland, CA  94621
    (510) 839-5200
5   (510) 839-3882 fax
6
    Attorneys for Plaintiff
7
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
11  DANIEL ALVARENGA,              )  Case No.: 07-02526 MEJ
12                                 )
            Plaintiff,             )  SUMMONS RETURNED EXECUTED
13  v.                             )  SERVED ON: CITY & COUNTY OF
                                   )  SAN FRANCISCO
14  CITY AND COUNTY OF             )
15  SAN FRANCISCO; OFFICER MARK    )
    McKINNEY, and DOES 1-10,       )
16  Inclusive,                     )
            Defendants.            )  PROOF OF SERVICE
17  _____)
```

AO 440 (Rev. 8/01) Summons in a Civil Action — D. Alvarenga v. City + County of San Francisco

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me

DATE: May 23, 2007

Name of SERVER: Ted Thrower

TITLE: Process Server

Check one box below to indicate appropriate method of service

- [X] Served Personally upon the Defendant. Place where served: Office of the Mayor, City Hall Rm 200, 1 Dr Carleton B. Goodlett Place, S.F. 94102

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

- [ ] Returned unexecuted:

- [ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| Bridge toll $4 | $55 | $59 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/23/07
Date

Signature of Server

842 46th St., Oakland, CA 94608
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.