```
1  JOHN L. BURRIS, ESQ. SB #69888
2  ADANTE POINTER, ESQ. SB #236229
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport St., Suite 1120
4  Oakland, CA 94621
   (510) 839-5200
5  (510) 839-3882 fax
6
   Attorneys for Plaintiff
7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALVARENGA, | Case No.: 07-02526 MEJ |
| Plaintiff, | SUMMONS RETURNED EXECUTED |
| v. | SERVED ON: OFFICER MARK McKINNEY |
| CITY AND COUNTY OF SAN FRANCISCO; OFFICER MARK McKINNEY, and DOES 1-10, Inclusive, | |
| Defendants. | PROOF OF SERVICE |

AO 440 (Rev. 8/01) Summons in a Civil Action — *Daniel Alvarenga v. City and County of S.F.*

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me
DATE: **May 23, 2007**

Name of SERVER: **Ted Thrower**
TITLE: **Process Server**

Check one box below to indicate appropriate method of service: **Officer Mark McKinney**

☐ Served Personally upon the Defendant. Place where served: ___

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: **Sgt. L Gray #1304, 630 Valencia St., S.F., CA 94110**

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 0 | $35 | $35 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on **5/23/07**
Signature of Server: *[signed] Ted Thrower*

Address of Server: **842 46th St. Oakland, CA 94608**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.