DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3861
Facsimile:      (415) 554-3837
E-Mail:          kimberly.bliss@sfgov.org

Attorneys for Defendant CITY AND
COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANIEL ALVARENGA, | Case No. C07-02526 MEJ |
|---|---|
| Plaintiff, | **STIPULATION RE DEADLINE TO RESPOND TO COMPLAINT** |
| vs. | **[LOCAL RULE 6-1(A)]** |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, MARK McKINNEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO & DOES 1-10, individually and in their official capacities, | |
| Defendant. | |

Pursuant to Civ. L.R. 6-1(a), the parties hereby stipulate that defendant City and County of San Francico shall have until Wednesday, June 27, 2007 to answer or otherwise respond to the Complaint.

Dated: May 31, 2007

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Deputy

By:_____/s/_____
    KIMBERLY A. BLISS
    Deputy City Attorney

Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO

Dated: May 31, 2007

LAW OFFICES OF JOHN BURRIS

By:_____/s/_____
    ADANTE D. POINTER

Attorneys for Plaintiff DANIEL ALVARENGA