DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:   (415) 554-3861
Facsimile:    (415) 554-3837
E-Mail:         kimberly.bliss@sfgov.org

Attorneys for Defendants CITY AND COUNTY
OF SAN FRANCISCO AND MARK McKINNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALVARENGA,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, MARK McKINNEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO & DOES 1-10, individually and in their official capacities,<br><br>    Defendants. | Case No. C07-02526 MEJ<br><br>**CONSENT TO ASSIGNMENT TO MAGISTRATE JUDGE MARIA ELENA JAMES**<br><br>Filed:            May 11, 2007<br>Trial Date:    Not Set |

1  CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE:

2  In accordance with the provisions of 18 U.S.C. Section 636(c), the undersigned parties hereby

3  consent to have United States Magistrate Judge Maria Elena James conduct any and all further

4  proceedings in the case, including trial, and order the entry of final judgment, and voluntarily waive

5  the right to proceed before a United States District Judge.

6  Dated: June 27, 2007

```
                              DENNIS J. HERRERA
                              City Attorney
                              JOANNE HOEPER
                              Chief Trial Attorney
                              KIMBERLY A. BLISS
                              Deputy City Attorney


                     By: _____/s/_____
                              KIMBERLY A. BLISS

                              Attorneys for Defendants CITY AND COUNTY OF
                              SAN FRANCISCO AND MARK MCKINNEY
```