1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | SEAN F. CONNOLLY, State Bar #152235
KIMBERLY A. BLISS, State Bar #207857
4 | Deputy City Attorney
Fox Plaza
5 | 1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
6 | Telephone:    (415) 554-3861
Facsimile:    (415) 554-3837
7 | E-Mail:    kimberly.bliss@sfgov.org

8 | Attorneys for Defendants CITY AND COUNTY OF
SAN FRANCISCO AND MARK MCKINNEY
9 |
JOHN L. BURRIS, Esq.  SBN 69888
10 | ADANTÉ D. POINTER, Esq. SBN 236229
LAW OFFICES OF JOHN L. BURRIS
11 | Airport Corporate Centre
7677 Oakport Street Suite 1120
12 | Oakland, CA 94621
Telephone:  (510) 839-5200
13 | Facsimile:  (510) 839-3882
John.Burris@johnburrislaw.com
14 | Adante.Pointer@johnburrislaw.com

15 | Attorneys for Plaintiff
DANIEL ALVARENGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALVARENGA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, MARK McKINNEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO & DOES 1-10, individually and in their official capacities,<br><br>    Defendants. | Case No. C07-02526 MEJ<br><br>**JOINT ADR STIPULATION AND [PROPOSED] ORDER**<br><br>Date Action Filed:    May 11, 2007<br>Trial Date:    Not set |

ADR STIPULATION AND ORDER    1    n:\lit\li2007\071510\00430655.doc
Case No. C07-02526 MEJ

The parties stipulate to participate in the following ADR process: Mediation.

Dated: August 9, 2007

                             DENNIS J. HERRERA
                             City Attorney
                             JOANNE HOEPER
                             Chief Trial Deputy
                             SEAN F. CONNOLLY
                             KIMBERLY A. BLISS
                             Deputy City Attorneys


                    By: /s/ Kimberly Bliss
                          KIMBERLY A. BLISS

                          Attorneys for Defendants
                          CITY AND COUNTY OF SAN FRANCISCO
                          AND MARK MCKINNEY


DATED: August 9, 2007

                          LAW OFFICES OF JOHN L. BURRIS


                    By: /s/ Adante D. Pointer
                          ADANTE D. POINTER

                          Attorneys for Plaintiff DANIEL ALVARENGA


IT IS SO ORDERED.


Date: _____  _____
                                        HON. MARIA-ELENA JAMES
                                        UNITED STATES MAGISTRATE JUDGE