**Jeffrey H. Goldfien, J.D., LL.M.**
10 Knolltop Court
Novato, CA  94945-3405
415.897.3940
415.897.3940 (fax)
jeffgoldfien@sbcglobal.net

September 3, 2007

John L. Burris, Esq.
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA  94621

Adante Pointer, Esq.
Law Offices of John L. Burris
7677 Oakport Street, Suite 1120
Oakland, CA  94621

Kimberly Bliss, Esq.
City Attorney's Office
1390 Market Street, Sixth Floor
San Francisco, CA  94102-5408

      Re:    Alvarenga v. City and County of San Francisco et al;
                Case No. 07-02526 MEJ MED

Dear Counsel:

     As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program.  **The deadline for holding this mediation is November 11, 2007,  based on the current scheduling order.**  Please be sure to review carefully ADR L.R. 6 which governs the Mediation program.  I have attached a resume describing my professional experience.

     Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;
- the nature of the case
- appropriate dates for the mediation and anticipated length of the session
- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- requirements for your written mediation statements

- Ø any questions you might have about how I normally conduct mediations; and
- Ø any questions you might have about the mediation program.

**Please note that, pursuant to local rule, any attorney participating in the mediation must also participate in the telephone conference. I have set the telephone conference for <u>Thursday, September 20, 2007 at 10:00 a.m</u>.** *I anticipate that the telephone conference will last approximately one-half hour.* *Please call my office or email me within 24 hours after receiving this letter to confirm your availability. If you are not available, please let opposing counsel and me know alternative times within a week of this date when you are available.* **Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted.**

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. §455(a) and b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality. However, I note that earlier this year I was appointed to mediate another case, Nkwuo v. City of Oakland (Case No. 07-00238 TEH MED), in which Mr. Burris also serves as lead plaintiff's attorney. A mediation date for that case has not been set, and I have had no contact with Mr. Burris to date.

I look forward to assisting you on this case.

Sincerely yours,

Jeffrey H. Goldfien

encl.
cc:  Alice M. Fiel, Case Administrator