JOHN L. BURRIS, Esq./ State Bar #69888
ADANTÉ D. POINTER, Esq./ State Bar #236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.burris@johnburrislaw.com
Adante.pointer@johnburrislaw.com

Attorneys for Plaintiff
**DANIEL ALVERANGA**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ALVARENGA<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, MARK McKINNEY, individually and in his official capacity as police officer for the CITY AND COUNTY OF SAN FRANCISCO & DOES 1-10, individually and in their official capacities.<br><br>    Defendants. | Case No. C 07-2526 MEJ<br><br>**STIPULATED AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT**<br><br>JUDGE:    MARIA-ELENA JAMES |

IT IS HEREBY STIPULATED (and respectfully requested) by and between plaintiff and all defendants, by and through their designated counsel, that:

1

ALVARENGA vs. CCSF                                          STIPULATION AND [PROPOSED] ORDER
                    Case No.: C 07-2526 MEJ

## BACKGROUND

On October 8, 2007, Plaintiff electronically filed an Amended Complaint which purported to add a new defendant and new factual allegations, but no additional claims. Defendants informed Plaintiff that they objected to the filing because Plaintiff failed to obtain a Court order allowing the amendment pursuant to FRCP 15, but that defendants would not oppose a request for a such a Court order, as long as the Amended Complaint was in the same form as that filed on October 8, 2007.

The parties agree that good cause exists for granting Plaintiff leave to file his Amended Complaint being Plaintiff seeks to name an additional defendant whose individual name was unknown to Plaintiff until recently. In addition, granting leave shall not cause the Defendants prejudice as the close of discovery is approximately 6 months away.

## STIPULATION

1. Plaintiff shall file an Amended Complaint (in the same form as the "Amended Complaint" filed on October 8, 2007) with the Court within 5 days of entry of the Court order approving this stipulation.

2. Defendants' responsive pleading to Plaintiff's Amended Complaint shall be filed within 20 days of the filing of Plaintiff's Amended Complaint.

Date: 6/26/07

LAW OFFICES OF JOHN L. BURRIS

/s/ Adanté Pointer
ADANTÉ D. POINTER
Attorneys for Plaintiff

Date: 6/26/07

CITY AND COUNTY OF SAN FRANCISCO

/s/ Kimberly Bliss
KIMBERLY A. BLISS
Attorneys for Defendants

2

ALVARENGA vs. CCSF
Case No.: C 07-2526 MEJ
STIPULATION AND [PROPOSED] ORDER

1  **IT IS SO ORDERED.**

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

3

ALVARENGA vs. CCSF                                    STIPULATION AND [PROPOSED] ORDER
Case No.: C 07-2526 MEJ