1  JOHN L. BURRIS (State Bar No. 69888)
   ADANTÉ D. POINTER (State Bar No. 236229)
2  LAW OFFICES OF JOHN BURRIS
   Airport Corporate Center
3  7677 Oakport St., Suite 1120
   Oakland, California 94621
4  Telephone:   (510) 839-5200
5  Facsimile:   (510) 839-3882
   John.Burris@johnburrislaw.com
6  Adante.Pointer@johnburrislaw.com

7

8
   Attorneys for Plaintiff
9  DANIEL ALVARENGA

10

11

12                    UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16 | DANIEL ALVARENGA                          ) Case No.: C 07-2526 MEJ
   |                                           )
17 |        Plaintiff,                         ) **STIPULATION AND [PROPOSED]**
   |                                           ) **ORDER CONTINUING DEADLINE TO**
18 |   vs.                                     ) **CONDUCT MEDIATION**
   |                                           )
19 | CITY AND COUNTY OF SAN                    )
   | FRANCISCO, a municipal corporation;,      )
20 | MARK McKINNEY, individually and in his    )
   | official capacity as a police officer for the )
21 | CITY AND COUNTY OF SAN                    )
   | FRANCISCO & DOES 1-10, individually       )
22 | and in their official capacities.          )
   |                                           )
23 |                                           )
   |        Defendants.                        )
24 |                                           )
   |                                           )
25 | _____)

ALVARENGA vs. CCSF                                STIPULATION AND [PROPOSED] ORDER
                                    - 1 -

On August 19, 2007, the Court referred the parties to court-sponsored mediation. On September 29, 2007, the parties conducted a phone conference with the appointed mediator, Jeff Goldfein, and set a mediation for November 6, 2007. Pursuant to Local ADR Rule 6-4, the mediation must take place on or before Monday, November 12, 2007.

On October 24, 2007, the parties met and conferred and determined that despite the exchange of initial disclosures and some written discovery, a mediation is unlikely to be successful absent some additional written discovery and the depositions of the plaintiff and the two defendants. The ability of the parties to immediately complete the depositions is hampered by calendar conflicts, including, but not limited to, defense counsel's vacation from November 19-25, 2007 and preparation for and participation in trials (Burdett v. CCSF, Case No. 06-00720 JCS) starting December 3, 2007 and January 22, 2008 (Jones v. CCSF, San Francisco Superior Court, Case No. 450-553). Accordingly, the parties submit that there is good cause to request that the deadline to complete a mediation be continued to and including February 1, 2008.

**IT IS SO AGREED.**

Dated:_____10/26/07_____   **The Law Offices of John L. Burris**

_____/s/_____
Adanté D. Pointer, Esq.
Attorneys for Plaintiff

**DENNIS J. HERRERA, City Attorney**

Dated:_____10/26/07_____   _____/s/_____
Kimberly Bliss, Deputy City Attorney
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated:_____

                                              _____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge