JOHN L. BURRIS (State Bar No. 69888)
ADANTÉ D. POINTER (State Bar No. 236229)
LAW OFFICES OF JOHN BURRIS
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, California 94621
Telephone:   (510) 839-5200
Facsimile:    (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiff
**DANIEL ALVARENGA**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL ALVARENGA<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation;, MARK McKINNEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO & DOES 1-10, individually and in their official capacities.<br><br>　　　　Defendants. | Case No.: C 07-2526 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE TO CONDUCT MEDIATION** |

1   On August 19, 2007, the Court referred the parties to court-sponsored mediation. On
2   September 29, 2007, the parties conducted a phone conference with the appointed mediator, Jeff
3   Goldfein, and set a mediation for November 6, 2007. Pursuant to Local ADR Rule 6-4, the
4   mediation must take place on or before Monday, November 12, 2007.
5   On October 24, 2007, the parties met and conferred and determined that despite the
6   exchange of initial disclosures and some written discovery, a mediation is unlikely to be
7   successful absent some additional written discovery and the depositions of the plaintiff and the
8   two defendants. The ability of the parties to immediately complete the depositions is hampered
9   by calendar conflicts, including, but not limited to, defense counsel's vacation from November
10  19-25, 2007 and preparation for and participation in trials (Burdett v. CCSF, Case No. 06-00720
11  JCS) starting December 3, 2007 and January 22, 2008 (Jones v. CCSF, San Francisco Superior
12  Court, Case No. 450-553). Accordingly, the parties submit that there is good cause to request
13  that the deadline to complete a mediation be continued to and including February 1, 2008.

**IT IS SO AGREED.**

Dated:_____10/26/07_____          **The Law Offices of John L. Burris**


                                  _____/s/_____
                                  Adanté D. Pointer, Esq.
                                  Attorneys for Plaintiff



                                  **DENNIS J. HERRERA, City Attorney**


Dated:_____10/26/07_____          _____/s/_____
                                  Kimberly Bliss, Deputy City Attorney
                                  Attorneys for Defendants

1
2    IT IS SO ORDERED.
3
4    Dated: October 29, 2007
       _____
       HONORABLE MARIA-ELENA JAMES
5      United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25