DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3861
Facsimile:      (415) 554-3837
E-Mail:          kimberly.bliss@sfgov.org

Attorneys for Defendants CITY AND COUNTY OF
SAN FRANCISCO AND MARK MCKINNEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANIEL ALVARENGA, | Case No. C07-02526 MEJ |
|---|---|
| Plaintiff, | **STIPULATED AND [PROPOSED] ORDER CONTINUING DEADLINE TO CONDUCT MEDIATION TO FEBRUARY 29, 2008** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, MARK McKINNEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO & DOES 1-10, individually and in their official capacities, | |
| Defendant. | |

      On August 19, 2007, the Court referred the parties to court-sponsored mediation, which was to be conducted pursuant to Local ADR Rule 6-4 on or before November 12, 2007.

      On October 26, 2007, the parties submitted a stipulation and proposed order requesting an extension of the deadline to conduct the mediation to and including February 1, 2008, based on calendar conflicts of counsel caused by vacation, the holidays and two federal trials in November and December 2007.  (Plaintiff's counsel was in trial November 26-30, 2007, and defense counsel was in trial December 3-13, 2007).  The Court granted an extension to and including February 1, 2008.

Despite trials in November and December 2007, the parties were able to exchange and respond to written discovery. However, due to the holidays, preparation for trials in January 2008,[1] and other calendar conflicts between counsel and their clients, the parties were unable to schedule Plaintiff's deposition until February 4, 2008.

The parties have contacted the mediator and—pending the Court's approval of this stipulation—scheduled the mediation for February 8, 2008. The parties request, however, that the Court extend the parties' deadline for completing the mediation to and including February 29, 2008, in case the need for a second session arises or an unanticipated conflict precludes the mediation on February 8, 2008.

IT IS SO STIPULATED.

Dated:  January 7, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney

By:  /s/  Kimberly A. Bliss
Kimberly A. Bliss
Attorneys for Defendants

Dated:  January 7, 2008

LAW OFFICES OF JOHN BURRIS

By:  /s/ Adanté Pointer
Adanté Pointer
Attorneys for Plaintiff

Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.

---

[1] Plaintiff's counsel is currently scheduled to be in an approximately two-week federal trial starting January 14, 2008 (*Muhammad et al. v. CCSF et al.*, Case No. C06-4480 JSW), and defense counsel is currently scheduled to be in trial starting January 22, 2008 (*Jones v. CCSF*, San Francisco Superior Court, Case No. 450-553).

**ORDER**

Based on the above stipulation, and for good cause appearing, the deadline to conduct a mediation in this case is continued to and including February 29, 2008.

Dated: January 8, 2008

_____
THE HONORABLE MARIA-ELENA JAMES