DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3861
Facsimile:    (415) 554-3837
E-Mail:       kimberly.bliss@sfgov.org

Attorneys for Defendants CITY AND COUNTY OF
SAN FRANCISCO, MARK MCKINNEY AND
MARCO GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALVARENGA,<br><br>           Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, MARCO GARCIA AND MARK McKINNEY, individually and in their official capacities as a police officer for the CITY AND COUNTY OF SAN FRANCISCO & DOES 1-10, individually and in their official capacities,<br><br>           Defendant. | Case No. C07-02526 MEJ<br><br>**JOINT ADMINISTRATIVE MOTION FOR COURT APPROVAL OF STIPULATED PROTECTIVE ORDER REGARDING DEFENDANTS' CONFIDENTIAL INFORMATION [STIPULATED]**<br>**[CIVIL L.R. 7-11]**<br><br>Date Action Filed:    May 11, 2007<br>Trial Date:           October 27, 2008<br><br>Concurrently filed documents:<br>• Declaration Of Kimberly Bliss In Support Of Stipulated Administrative Motion For Court Approval Of Stipulated Protective Order Regarding Defendants' Confidential Information<br>• Stipulated Protective Order; [Proposed] Order |

        Pursuant to Local Rule 7-11, the parties file this joint Administrative Motion for Court

approval of the parties' Stipulated Protective Order for confidential information produced in

discovery, including defendants' documents containing peace officer personnel records, official

1  information, criminal investigation files, and other such law enforcement documents that defendants
2  in good faith have determined to be confidential.
3       Plaintiff has propounded discovery requests seeking certain confidential law enforcement
4  information, including personnel records and criminal investigation files.  (Bliss Decl. ¶ 2 & Exh. A.)
5  The law provides that when confidential law enforcement information is subject to discovery,
6  discovery must occur subject to a strictly drawn protective order. *See, e.g., Soto v. City of Concord*,
7  162 F.R.D. 603, 614, 617 (N.D. Cal. 1995).
8       The parties have agreed that such confidential information produced by Defendants will be
9  subject to the proposed protective order submitted with this Administrative Motion. (Bliss Decl. ¶ 3.)
10 The parties request that the Court endorse the proposed protective order, a copy of which is
11 concurrently filed with this Administrative Motion.
12      IT IS SO STIPULATED.

13 Dated:  January 10, 2008                    DENNIS J. HERRERA
                                               City Attorney
14                                             JOANNE HOEPER
                                               Chief Trial Attorney
15                                             SEAN F. CONNOLLY
                                               KIMBERLY A. BLISS
16                                             Deputy City Attorneys

17                                          By:  /s/ Kimberly A. Bliss
                                               Kimberly A. Bliss
18                                             Attorneys for Defendants

19

20 Dated:  January 10, 2008                    LAW OFFICES OF JOHN BURRIS

21
                                            By:  /s/ Adanté Pointer
22                                             Adanté Pointer
                                               Attorneys for Plaintiff
23
                                               * Pursuant to General Order 45, the electronic signatory
24                                             of this document attests that this individual concurs in
                                               his electronic signature of this document.
25

26

27

28