1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  SEAN F. CONNOLLY, State Bar #152235
   KIMBERLY A. BLISS, State Bar #207857
4  Deputy City Attorney
   Fox Plaza
5  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3861
   Facsimile:    (415) 554-3837
7  E-Mail:       kimberly.bliss@sfgov.org

8

9  Attorneys for Defendants CITY AND COUNTY OF
   SAN FRANCISCO, MARK MCKINNEY AND
10 MARCO GARCIA

11            UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA

13 DANIEL ALVARENGA,                    Case No. C07-02526 MEJ

14          Plaintiff,                  **DECLARATION OF KIMBERLY
                                        BLISS IN SUPPORT OF STIPULATED
15     vs.                             ADMINISTRATIVE MOTION FOR
                                        COURT APPROVAL OF
16 CITY AND COUNTY OF SAN               STIPULATED PROTECTIVE ORDER
   FRANCISCO, a municipal corporation,  REGARDING DEFENDANTS'
17 MARCO GARCIA AND MARK                CONFIDENTIAL INFORMATION
   McKINNEY, individually and in their
18 official capacities as a police officer for
   the CITY AND COUNTY OF SAN           Date Action Filed:   May 11, 2007
19 FRANCISCO & DOES 1-10, individually  Trial Date:          October 27, 2008
   and in their official capacities,
20
            Defendant.
21

22

23            **DECLARATION OF KIMBERLY BLISS**

24     I, Kimberly Bliss, declare:

25     1.     I am a Deputy City Attorney in the Office of the City Attorney for the City and County

26 of San Francisco. I am one of the counsel of record for the Defendants. I am over the age of eighteen

27 and I have personal knowledge of the matters stated in this declaration, unless otherwise stated.

28

ADMIN MOT. FOR PROTECTIVE ORDER – BLISS DECL.        1                    n:\lit\li2008\071510\00458871.doc
Case C07-02526 MEJ

2.      Attached as Exhibit A to this declaration is a true and correct copy of document discovery requests served by Plaintiffs on Defendants in this action.  Documents responsive to this request would include law enforcement investigative materials and law enforcement personnel materials.

3.      The parties have agreed that such confidential information produced by Defendants will be subject to the Stipulated Protective Order and [Proposed] Order concurrently filed with this Administrative Motion.

I declare under penalty of perjury under the laws of the State of California and the United States that the preceding declaration is true, and that this declaration was executed on January 10, 2008 in San Francisco, California.

_____/s/ Kimberly Bliss_____
KIMBERLY BLISS

1

## INDEX TO EXHIBITS

2

3

| Exhibit | Description |
| --- | --- |
| A | Plaintiff's Request for Production of Documents |

# EXHIBIT A

**DECLARATION OF KIMBERLY BLISS IN SUPPORT OF STIPULATED
ADMINISTRATIVE MOTION FOR COURT APPROVAL OF STIPULATED
PROTECTIVE ORDER REGARDING DEFENDANTS' CONFIDENTIAL
INFORMATION**

1
**JOHN L. BURRIS (State Bar No. 69888)**
**ADANTÉ D. POINTER (State Bar No. 236229)**
2
**LAW OFFICES OF JOHN BURRIS**
Airport Corporate Center
3
7677 Oakport St., Suite 1120
Oakland, California 94621
4
Telephone:    (510) 839-5200
Facsimile:    (510) 839-3882
5
John.Burris@johnburrislaw.com
6
Adante.Pointer@johnburrislaw.com

7
Attorneys for Plaintiff
8
**DANIEL ALVARENGA**

9

10                    **UNITED STATES DISTRICT COURT**

11            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

12                        **SAN FRANCISCO DIVISION**

13

14
DANIEL ALVARENGA                    )   Case No.: C 07-2526 MEJ
15            Plaintiff,                 )
                                         )   **PLAINTIFF'S FIRST SET OF**
        vs.                              )   **REQUESTS FOR THE PRODUCTION**
16
CITY AND COUNTY OF SAN                   )   **OF DOCUMENTS AND OTHER**
17
FRANCISCO, a municipal corporation;,     )   **TANGIBLE MATERIALS**
MARCO GARCIA and MARK McKINNEY,          )
18
individually and in their official capacities as  )
police officers for the CITY AND COUNTY  )
19
OF SAN FRANCISCO & DOES 1-10,            )
20
individually and in their official capacities.    )
                                         )
21            Defendants.                )

22
Propounding Party:  PLAINTIFF DANIEL ALVARENGA
23
24
Responding Party:   DEFENDANT CITY AND COUNTY OF SAN FRANCISCO

25        Set No.: One (1)

26
                                                    RECEIVED
27
                                                    OCT 11 2007
28

## INSTRUCTIONS

In accordance with F.R.C.P. 26 and 34, Plaintiff requests that responding party answer under oath the following requests for the production of documents within thirty days of service hereof. In answering these requests you are required to furnish such information as is available to you, including information in the possession of your attorneys and investigators for your attorneys.

If any of these requests cannot be answered in full, please answer to the extent possible, specifying the reasons for your inability to provide responses to the remainder of the request and stating whatever information, knowledge or belief you do have concerning the unanswered portion.

If you object to responding to any of the requests on the ground that the information sought is privileged or otherwise protected by any rule of law, you shall provide the following information with respect to each such response:

1. All persons to whom the information has been disclosed, the dates such disclosure took place, the location such disclosure took place, who was present at such disclosure, the general subject matter of the disclosure without violating the privilege asserted, and the means of such disclosure; The nature of the privilege or rule of law relied upon and the facts supporting your position with respect thereto.

2. The nature of the privilege or rule of law relied upon and the facts supporting your position with respect thereto.

## DEFINITIONS

The term "ALL" shall mean any and ALL.

The term "AND" shall be understood to mean "OR" AND vice versa whenever such construction results in a broader request for information.

The term "DOCUMENT" means a writing as defined in California Evidence Code Section 250 and F.R.E. 1001, and includes handwriting, typewriting, printing, photographs and every other means of recording upon any tangible thing, any form of communication or representation, including letters, words, pictures, sound or symbols, or combinations thereof. It also includes any information stored on a computer, on a computer disk or recorded on tape or disk, etc.

The term "INCIDENT" refers to the events alleged in Plaintiffs' Third Amended Complaint.

The term "IDENTIFY" when referring to a document shall include the following information: (a) the author OR originator of the DOCUMENT; (b) every person to whom the DOCUMENT was sent OR transferred; (c) the date on which the DOCUMENT was created; (d) each date on which it was sent OR transferred; (e) the type of DOCUMENT (e.g., letter, memorandum, chart, etc.); (f) a detailed description of the matter, nature, substance, AND content of the DOCUMENT; AND (g) the present location AND present custodian of the DOCUMENT, OR the date on which the DOCUMENT was lost, discarded, destroyed, altered, OR relinquished from your possession, custody, OR control.

The term "PERSON" means all natural persons, partnerships, consortiums, joint ventures and every other form of legally recognized entity, including corporations and governmental entities.

The term "PERTAINING TO" means commenting upon, concerning, regarding, discussing, reflecting, relating to, relevant to, used in connection with, or evidencing and is to be construed in the very broadest sense of the term.

The term "YOU," YOUR," or "DEFENDANT" means the party in the instant litigation that is responding to these interrogatories.

The term "RECORDING" includes any method of memorializing an occurrence by way of audio, video and/or written means.

The term "CITY AND COUNTY OF SAN FRANCISCO" includes the CITY OF SAN FRANCISCO POLICE DEPARTMENT, the CITY AND COUNTY OF SAN FRANCISCO CTY ATTORNEY'S OFFICE.

**REQUEST NO. 1:**

ALL DOCUMENTS, writings and/or other tangible materials prepared by the CITY AND COUNTY OF SAN FRANCISCO (excluding privileged documents) PERTAINING TO this INCIDENT.

**REQUEST NO. 2:**

ALL DOCUMENTS, recorded statements whether written and/or orally taken from any PERSON, including but not limited to, plaintiff, defendants, and/or other

PERSONS who claim to have witnessed, observed or have knowledge concerning this INCIDENT.

**REQUEST NO. 3:**

ALL general and special orders, training bulletins, and other DOCUMENTS evincing the customs, polices or practices of the CITY OF SAN FRANCISCO POLICE DEPARTMENT in effect on May 12, 2005, PERTAINING TO DOCUMENTING complaints made against CITY OF SAN FRANCISCO POLICE DEPARTMENT personnel.

**REQUEST NO. 4:**

ALL DOCUMENTS, writings and/or other tangible materials PERTAINING TO civilian and/or internal complaints filed against CITY OF SAN FRANCISCO POLICE OFFICER MARCO GARCIA alleging he engaged in:

1) an unlawful, unjustified or an excessive use of force;

2) an unlawful, unjustified or an improper investigatory stop, detention and arrest;

3) fabricated any official reports/logs; or

4) engaged in any acts of dishonesty.

The terms ALL DOCUMENTS in this request specifically means, but is not limited to, complaints filed with CITY AND COUNTY OF SAN FRANCISCO and, including but not limited to, statements and recordings of complainants and witnesses, the

investigation of any such complaints, and disciplinary action taken with respect to any such complaints.

**REQUEST NO. 5:**

ALL DOCUMENTS, writings and/or other tangible materials PERTAINING TO civilian and/or internal complaints filed against CITY OF FRANCISCO POLICE OFFICER MARK McKINNEY alleging he engaged in:

1) an unlawful, unjustified or an excessive use of force;

2) an unlawful, unjustified or an improper investigatory stop, detention and arrest;

3) fabricated any official reports/logs; or

4) engaged in any acts of dishonesty.

The terms ALL DOCUMENTS in this request specifically means, but is not limited to, complaints filed with the CITY OF SAN JOSE and, including but not limited to, statements and recordings of complainants and witnesses, the investigation of any such complaints, and disciplinary action taken with respect to any such complaints.

**REQUEST NO. 6:**

ALL DOCUMENTS, WRITINGS and/or OTHER TANGIBLE MATERIALS which support any contention by YOU that any medical treatment claimed to have been received by Plaintiff because of the INCIDENT was unrelated to the INCIDENT.

**REQUEST NO. 7:**

ALL DOCUMENTS, WRITINGS and/or OTHER TANGIBLE MATERIALS PERTAINING TO the CITY AND COUNTY OF SAN FRANCISCO'S pre-employment background check of MARCO GARCIA.

**REQUEST NO. 8:**

ALL DOCUMENTS, WRITINGS and/or OTHER TANGIBLE MATERIALS PERTAINING TO any pre-employment psychological testing results, notes or reports PERTAINING TO MARCO GARCIA.

**REQUEST NO. 9:**

ALL DOCUMENTS, WRITINGS and/or OTHER TANGIBLE MATERIALS PERTAINING TO the CITY OF SAN JOSE'S pre-employment background check of MARK McKINNEY.

**REQUEST NO. 10:**

ALL DOCUMENTS, WRITINGS and/or OTHER TANGIBLE MATERIALS PERTAINING TO any pre-employment psychological testing results, notes or reports PERTAINING TO MARK McKINNEY.

**REQUEST NO. 11:**

ALL DOCUMENTS, WRITINGS and/or OTHER TANGIBLE MATERIALS PERTAINING TO the detention and arrest by CITY OF SAN FRANCISCO POLICE

OFFICERS MARCO GARCIA and MARK McKINNEY of JESSO SANCHEZ as contained in SAN FRANCISCO POLICE DEPARTMENT INCIDENT REPORT NO.: 050-526-404.

DOCUMENTS in this request means photographs, videotapes, tapes of radio transmissions, CAD records, including recordings, purge sheets, summaries, or any other records, regarding any transmissions MARCO GARCIA and MARK McKINNEY in your possession regarding the INCIDENT on May 12, 2005.

Dated: October 8, 2007

ADANTÉ D. POINTER
Law Offices of John L. Burris
Attorneys for Plaintiff

## PROOF OF SERVICE BY MAIL

*Alvarenga v. CCSF*
Case No.: C07-02526 MEJ

I am a citizen of the United States and am employed in the County of Alameda, State of California, I am over eighteen (18) years of age and not a party to this action. My business address is 7677 Oakport Street, Suite 1120, Oakland, California 94621. On October 8, 2007, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of these document(s):

**PLAINTIFF'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS**

in a sealed envelope, postage fully paid, addressed as follows:

Ms. Kimberly Bliss, Esq.
City Attorney's Office
1390 Market Street, Sixth Floor
San Francisco, CA 94102

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 8, 2007, at Oakland, California.

DATE: October 8, 2007
MAILED BY 5:00 P.M.

Adanté D. Pointer