**JOHN L. BURRIS (State Bar No. 69888)**
**ADANTÉ D. POINTER (State Bar No. 236229)**
**LAW OFFICES OF JOHN BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, California 94621
Telephone:(510) 839-5200
Facsimile:(510) 839-3882
Email: john.burris@johnburrislaw.com
          adante.pointer@johnburrislaw.com

Attorneys for Plaintiff
**DANIEL ALVARENGA**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALVARENGA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY AND COUNTY OF SAN ) <br> FRANCISCO, a municipal corporation;, ) <br> MARK McKINNEY, individually and in his ) <br> official capacity as a police officer for the ) <br> CITY AND COUNTY OF SAN ) <br> FRANCISCO & DOES 1-10, individually ) <br> and in their official capacities. ) <br> ) <br> Defendants. ) <br> ) | Case No.:  C 07-2526 MEJ <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING MEDIATION** |

On January 7, 2008, the parties filed a stipulation and proposed order to extend the mediation deadline in this matter to February 29, 2008.

The parties did schedule a mediation for February 28, 2008, and completed several depositions and further written discovery in preparation for the mediation. Unfortunately, the mediation had to be cancelled due to a last minute, unavoidable calendar conflict of counsel. Nevertheless, during the period between January 7, 2008, and February 29, 2008, the parties engaged in numerous pre-mediation settlement discussions in an attempt to resolve the instant matter. As a consequence of these discussions it was determined that the parties were too far

apart from their respective goals and that mediating the matter at this point in the course of litigation would be fruitless.

At this time the parties respectfully request this matter be removed from the court's ADR program. In the alternate, should the court object to the parties' aforementioned request, the parties ask that the mediation deadline be reset to May 1, 2008, so as to allow the parties time to conduct further depositions and expert discovery. It is the parties' good faith belief that this matter stands a better chance of resolving after the completion of discovery.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 12, 2008    **The Law Offices of John L. Burris**

/s/ Adanté D. Pointer _____
Adanté D. Pointer, Esq.
Attorneys for Plaintiff

**The City and County of San Francisco**

Dated: March 12, 2008    /s/ Kimberly Bliss _____
Kimberly Bliss
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated: _____    _____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge