1  **JOHN L. BURRIS (State Bar No.  69888)**
2  **ADANTÉ D. POINTER (State Bar No.  236229)**
   **LAW OFFICES OF JOHN BURRIS**
3  Airport Corporate Center
   7677 Oakport St., Suite 1120
4  Oakland, California 94621
5  Telephone:(510) 839-5200
   Facsimile:(510) 839-3882
6  Email: john.burris@johnburrislaw.com
             adante.pointer@johnburrislaw.com
7
8  Attorneys for Plaintiff
   **DANIEL ALVARENGA**
9

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DANIEL ALVARENGA, | Case No.:  C 07-2526 MEJ |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER CONTINUING MEDIATION** |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation;, MARK McKINNEY, individually and in his official capacity as a police officer for the CITY AND COUNTY OF SAN FRANCISCO & DOES 1-10, individually and in their official capacities. | |
| Defendants. | |

On January 7, 2008, the parties filed a stipulation and proposed order to extend the mediation deadline in this matter to February 29, 2008.

The parties did schedule a mediation for February 28, 2008, and completed several depositions and further written discovery in preparation for the mediation.  Unfortunately, the mediation had to be cancelled due to a last minute, unavoidable calendar conflict of counsel. Nevertheless, during the period between January 7, 2008, and February 29, 2008, the parties engaged in numerous pre-mediation settlement discussions in an attempt to resolve the instant matter.  As a consequence of these discussions it was determined that the parties were too far

1  apart from their respective goals and that mediating the matter at this point in the course of
2  litigation would be fruitless.
3  　　　　At this time the parties respectfully request this matter be removed from the court's ADR
4  program.  In the alternate, should the court object to the parties' aforementioned request, the
5  parties ask that the mediation deadline be reset to May 1, 2008, so as to allow the parties time to
6  conduct further depositions and expert discovery.  It is the parties' good faith belief that this
7  matter stands a better chance of resolving after the completion of discovery.

**IT IS SO STIPULATED.**

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:  March 12, 2008　　　　　　　　　　　　**The Law Offices of John L. Burris**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Adanté D. Pointer _____
　　　　　　　　　　　　　　　　　　　　　　　　Adanté D. Pointer, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff


　　　　　　　　　　　　　　　　　　　　　　　　**The City and County of San Francisco**


Dated: March 12, 2008　　　　　　　　　　　　/s/ Kimberly Bliss _____
　　　　　　　　　　　　　　　　　　　　　　　　Kimberly Bliss
The mediation deadline is extend to May 1, 2008.　Attorneys for Defendants

　　　**IT IS SO ORDERED.**

　　　　　March 17, 2008
Dated:_____

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge