1  JOHN L. BURRIS (State Bar No. 69888)
   ADANTÉ D. POINTER (State Bar No. 236229)
2  LAW OFFICES OF JOHN BURRIS
   Airport Corporate Center
3  7677 Oakport St., Suite 1120
   Oakland, California 94621
4  Telephone:   (510) 839-5200
5  Facsimile:   (510) 839-3882
   Email: John.Burris@johnburrislaw.com
6         Adante.Pointer@johnburrislaw.com

7

8
   Attorneys for Plaintiff
9  DANIEL ALVARENGA

10

11

12                  UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 | DANIEL ALVARENGA                    ) Case No.: C 07-2526 MEJ
                                         )
16 |        Plaintiff,                   ) STIPULATION AND [PROPOSED]
                                         ) ORDER RESETTING DISCOVERY AND
17 |   vs.                               ) DISPOSITIVE MOTION DATES
                                         )
18 | CITY AND COUNTY OF SAN              )
     FRANCISCO, a municipal corporation;,)
19 | MARK McKINNEY, individually and in his )
     official capacity as a police officer for the )
20 | CITY AND COUNTY OF SAN              )
     FRANCISCO & DOES 1-10, individually )
21 | and in their official capacities.   )
                                         )
22                                       )
           Defendants.                   )
23                                       )
                                         )
24 | _____    )

25

       IT IS HEREBY STIPULATED, and respectfully requested, by and between plaintiff and

ALVARENGA vs. CCSF                              STIPULATION AND [PROPOSED] ORDER
                                    - 1 -

1. all defendants, by and through their designated counsel, that the following dates be reset:
2.     Disclosure of Expert Witnesses currently scheduled for March 31, 2008 be reset to May
3. 9, 2008;
4.     Disclosure of Rebuttal Expert Witnesses currently set for April 10, 2008 be reset to May
5. 23, 2008;
6.     Close of Discovery currently set for April 25, 2008 be reset to June 6, 2008;
7.     The date by which Dispositive Motions must be filed currently set for May 22, 2008 be
8. reset to June 26, 2008.
9.     The date for hearing any such dispositive motion set for June 26, 2008 at 10:00 a.m. be
10. reset to July 31, 2008 at 10:00 a.m.
11.     All other dates shall remain unchanged unless the court determines and/or orders
12. otherwise.
13.     The good cause for resetting the aforementioned dates stems from the fact that, despite
14. diligently pursuing discovery to date, the parties need additional time to complete discovery.
15. The current scheduling order provides for expert disclosures to be made on March 31, 2008, and
16. all further discovery to be completed by April 25, 2008. However, the parties have encountered
17. substantial difficulty scheduling and completing depositions due to the scheduling constraints of
18. counsel and the intended deponents. Counsel for Plaintiffs was in trial in November 2007 and
19. counsel for the defendants was in trial in December 2007. Thereafter, the parties completed
20. written discovery. The parties have also taken plaintiff's deposition, and completed the
21. deposition of two third-party witnesses. Moreover, the parties have scheduled several
22. depositions in April, including those of the two named defendants and a third-party witness,.
23. Thereafter, the parties will need to complete expert discovery. Thus, the parties anticipate
24. completing discovery by June 6, 2008.

Given the current scheduling order, the parties will not have completed sufficient discovery to provide their respective expert witnesses with the necessary data to render a complete expert opinion and/or report by March 31, 2008. Therefore, the parties jointly submit the instant stipulation and proposed order respectfully requesting the court reset the expert discovery and dispositive motion dates. The parties have endeavored to provide the Court with new dates for discovery and the filing and hearing of dispositive motions without moving the trial or pretrial dates. In the event that it appears necessary for the Court to take a summary judgment motion under submission, the parties propose that they discuss the potential continuance of pretrial and trial dates with the Court at such time.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: March 31, 2008            **The Law Offices of John L. Burris**

_____/s/_____
Adanté D. Pointer, Esq.
Attorneys for Plaintiff

Dated: March 31, 2008            **The City and County of San Francisco**

_____/s/_____
Kimberly Bliss
Attorneys for Defendants

**IT IS SO ORDERED.**

Dated:_____
                                  _____
                                  HONORABLE MARIA-ELENA JAMES
                                  United States Magistrate Judge