| | |
|---|---|
| 1 | ROBERT L. FLETCHTER, JR., SBN46711<br>Tax Collector Attorney |
| 2 | DEBORAH B. HONIG, SBN69017<br>Assistant Tax Collector Attorney |
| 3 | P.O. Box 7426<br>San Francisco, CA   941120-7426 |
| 4 | Telephone:    (415) 554-4495<br>Facsimile:     (415) 554-5010 |

FILED
08 APR 21 AM 9: 23
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Lien Claimant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL ALVARENGA
Plaintiff

vs.

CITY AND COUNTY SAN FRANCISCO,
et al
Defendant(s).

Case No. C07-2526 MEJ

MEDICAL REIMBURSEMENT LIEN

(San Francisco Health Code Section 124)

CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation,

Lien Claimant.

The CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, acting by its duly authorized Treasurer/Tax Collector Department, hereby alleges the following in support of its medical reimbursement lien:

That DANIEL ALVARENGA, plaintiff herein, received emergency and/or hospital care and/or services from the City and County of San Francisco on 5/12/2005, and thereafter as a result of the injuries herein sued upon, and incurred charges in the amount of $4219.00 for medical and hospitalization, or related services rendered, which amount remains due and owing to the CITY AND COUNTY OF SAN FRANCISCO.

1

MEDICAL REIMBURSEMENT LIEN; CASE NO. C07-2526 MEJ

That section 124 of the Health Code of the City and County of San Francisco provides that:

> "Every person who is given or shall receive aid directly or indirectly from public monies drawn through the Treasury of the city and County of San Francisco, shall be liable to the extent of his or her ability to pay as determined by Section 119 hereof, for the value of said aid so allowed, granted, or given; and if any of said aid granted to said person is for injury sustained by reason of an accident or wrongful act, the value of aid shall, if said person or other persons entitled to bring such action asserts or maintains a claim against another for damages on account of his or her injury or because of his or her death, constitute a lien upon the damages recovered, or to be recovered, either by judgment, settlement or compromise by said person, or by his or her heirs or personal representative in case of his or her death, or other persons lawfully entitled to a cause of action because of his or her death."

WHEREFORE, the CITY AND COUNTY OF SAN FRANCISCO, acting by its duly authorized Bureau of delinquent Revenue collection in its Treasurer and Tax Collector Department, prays that its medical reimbursement lien in the sum of $4219.00, plus such amount as may be added for additional services, if any, be recognized and incorporated in any judgment, settlement or award obtained by the plaintiff herein.

This lien is for emergency and/or hospital care and/or services only and does not include the charges of other health care providers, including physicians' services billed by the San Francisco General Hospital Medical Group.

DATED: April 17, 2008

ROBERT L. FLETCHER, JR.
TAX COLLECTOR ATTORNEY

By: *Deborah B. Hing*
DEBORAH B. HONIG
Assistant Tax Collector Attorney
Attorney for Lien Claimant CITY AND
COUNTY OF SAN FRANCISCO

# PROOF OF SERVICE

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. I am employed at the San Francisco Treasurer and Tax Collector's Office, 401 Van Ness Avenue, Room 438, San Francisco, CA 94102.

On April 21, 2008, I served the attached:

**MEDICAL REIMBURSEMENT LIEN**

on the interested parties in said action, by placing a true copy thereof in sealed envelope(s) addressed as follows:

| | |
|---|---|
| John L. Burris<br>Adante Pointer<br>Law Office Of John L. Burris<br>7677 Oakport St. Ste. 1120<br>Oakland, Ca 94621 | Dennis J. Herrera<br>Joanne Hoeper<br>Sean F. Connolly<br>Kimberly A. Bliss<br>CITY ATTORNEYS<br>1390 Market St. 6th Fl<br>San Francisco, Ca 94102 |

and served the named document in the manner indicated below:

[X] **BY UNITED STATES MAIL**: Following ordinary business practices, I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and mailing with the United States Postal Service. I am readily familiar with the practices of the San Francisco Treasurer and Tax Collector's Office for collecting and processing mail. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be deposited, postage prepaid, with the United States Postal Service that same day.

[ ] **BY PERSONAL SERVICE**: I sealed true and correct copies of the above documents in addressed envelope(s) and caused such envelope(s) to be delivered by hand at the above locations by a professional messenger service. **A declaration from the messenger who made the delivery** [ ] **is attached** or [ ] **will be filed separately with the court.**

[ ] **BY OVERNIGHT DELIVERY**: I sealed true and correct copies of the above documents in addressed envelope(s) and placed them at my workplace for collection and delivery by overnight courier service. I am readily familiar with the practices of the San Francisco Treasurer and Tax Collector's Office for sending overnight deliveries. In the ordinary course of business, the sealed envelope(s) that I placed for collection would be collected by a courier the same day.

[ ] **BY FACSIMILE**: Based on a written agreement of the parties to accept service by fax, I transmitted true and correct copies of the above document(s) via a facsimile machine at telephone number (415) 554-5010 to the persons and the fax numbers listed above. The fax transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine, and **a copy of the transmission report** [ ] **is attached** or [ ] **will be filed separately with the court**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 21, 2008, at San Francisco, California.

_____
Wah-Mei Lew

PROOF OF SERVICE; CASE NO. C07-2526 MEJ