DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
SEAN F. CONNOLLY, State Bar #152235
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3861
Facsimile:    (415) 554-3837
E-Mail:       kimberly.bliss@sfgov.org

Attorneys for Defendants CITY AND COUNTY OF
SAN FRANCISCO, MARK MCKINNEY AND
MARCO GARCIA

JOHN L. BURRIS, Esq.  SBN 69888
ADANTÉ D. POINTER, Esq. SBN 236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile:  (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiff
DANIEL ALVARENGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DANIEL ALVARENGA, | Case No. C07-02526 MEJ |
|---|---|
| Plaintiff, | **JOINT STIPULATION RE CONTINUANCE OF DISCOVERY, PRETRIAL AND TRIAL DATES; [PROPOSED] ORDER** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, MARCO GARCIA AND MARK McKINNEY, individually and in their official capacities as a police officer for the CITY AND COUNTY OF SAN FRANCISCO & DOES 1-10, individually and in their official capacities, | Trial Date:    October 27, 2008 |
| Defendants. | |

The parties submit this Joint Stipulation and [Proposed] Order seeking a continuance of the discovery and pretrial dates. Despite diligently pursuing discovery to date, the parties need additional time to complete discovery. The continuance of the discovery cut-off date will also necessitate a continuance of the other pretrial and trial dates, as further described below.

**GOOD CAUSE**

The parties have diligently pursued discovery to date. The parties have exchanged initial and supplemental disclosures, written discovery (including interrogatories and document requests), subpoenaed third-party records, and taken the depositions of the parties and several witnesses.

On April 29, 2008, the parties conducted a mediation with court-appointed mediator Jeff Goldfien. The parties were unable to resolve the case. Shortly before the mediation, plaintiff received an expert opinion that he suffered a permanent nerve injury as a result of the incident in this action. Because Plaintiff had not yet been told of such an injury, he had not disclosed such an injury to the defendants as part of discovery in this case until the day before the mediation. Accordingly, the parties agreed that they would need to request a continuance of the expert designation deadline and discovery cut-off to allow the defendants to retain a neurologist and conduct a neurological IME.

Additional good cause exists for the continuance of such dates because: 1) the parties are still waiting on several deposition transcripts from depositions taken on April 22, 2008, which the parties' experts need to review before forming their opinions and issuing their reports (which are currently due on May 6, 2008); and 2) counsel for the defendants is scheduled to be out of the office three of the next five weeks (for vacation [May 9-16], a state court trial [May 27-30] and assisting an immediate family member after surgery in early June), thereby making it impossible to schedule the remaining witness and expert depositions before the current discovery cut-off of June 6, 2008.

The parties also request a continuance of the associated pretrial and trial dates. First, an extension of the discovery cut-off necessarily requires a continuance of the dispositive motion deadline and other pretrial dates. Second, the parties anticipate that defendants will file a motion for summary adjudication. Accordingly, the parties request a continuance of the pretrial and trial dates, because the parties want to ensure the Court has adequate time to consider and rule on the motion for

summary adjudication before the parties and/or the Court expend considerable time and resources on the pretrial filings.

**STIPULATION**

The parties agree that there is good cause to continue the pretrial and trial dates in this matter. Accordingly, the parties stipulate to, and hereby request a continuance of the pretrial and trial dates in this matter as follows:

| **Deadline** | **Current Date** | **New Date** |
|---|---|---|
| Expert disclosures due | 5/9/08 | 7/25/08 |
| Expert rebuttal disclosures due | 5/23/08 | 8/8/08 |
| Discovery cut-off | 6/6/08 | 8/29/08 |
| Last day to file motion to compel | 6/16/08 | 9/8/08 |
| Last day to file dispositive motions | 6/26/08 | 9/18/08 |
| Last day to hear dispositive motions at 10:00 a.m. | 7/31/08 | 10/23/08 |
| Deadline to meet and confer and exchange pretrial filings specified in ¶J(2) of the Court's Pretrial Order | 8/28/08 | 1/28/09[1] |
| Pretrial filings due to Court | 9/11/08 | 2/12/09 |
| File Motions in Limine | 9/11/08 | 2/12/09 |
| File oppositions to Motions in Limine | 9/18/08 | 2/19/09 |
| File Trial Briefs, Joint Proposed Voir Dire, Joint Jury Instructions, Joint Verdict Form | 9/26/08 | 2/27/09 |
| Pretrial Conference at 10:00 a.m. | 9/25/08 | 2/26/09 |
| Final Pretrial Conference at 10:00 a.m. | 10/23/08 | 3/19/09 |
| TRIAL (1:30-5:00 M-Th) | 10/27/08 | 3/23/09 |

---

[1] The parties propose a three month period between the dispositive motion hearing date and the pretrial filings date in this case: 1) to allow the Court adequate time during the holiday season to rule on the anticipated motion for summary adjudication; and 2) to accommodate defense counsel's overseas vacation from December 22, 2008 through January 12, 2009.

**IT IS SO STIPULATED:**

Dated: May 6, 2008

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy


By: _____/s/_____
    KIMBERLY A. BLISS
    Deputy City Attorney

    Attorneys for Defendant CITY AND COUNTY OF SAN FRANCISCO, MARCO GARCIA AND MARK MCKINNEY

Dated: May 6, 2008

    LAW OFFICES OF JOHN BURRIS


By: _____/s/_____
    ADANTE D. POINTER

Attorneys for Plaintiff DANIEL ALVARENGA

Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.

## [PROPOSED] ORDER

Based on the Stipulation of the parties and good cause appearing therefore, the pretrial and trial dates in this matter are continued as follows:

| Deadline | Current Date | New Date |
| --- | --- | --- |
| Expert disclosures due | 5/9/08 | 7/25/08 |
| Expert rebuttal disclosures due | 5/23/08 | 8/8/08 |
| Discovery cut-off | 6/6/08 | 8/29/08 |
| Last day to file motion to compel | 6/16/08 | 9/8/08 |
| Last day to file dispositive motions | 6/26/08 | 9/18/08 |
| Last day to hear dispositive motions at 10:00 a.m. | 7/31/08 | 10/23/08 |
| Deadline to meet and confer and exchange pretrial filings specified in ¶J(2) of the Court's Pretrial Order | 8/28/08 | 1/28/09 |
| Pretrial filings due to Court | 9/11/08 | 2/12/09 |
| File Motions in Limine | 9/11/08 | 2/12/09 |
| File oppositions to Motions in Limine | 9/18/08 | 2/19/09 |
| File Trial Briefs, Joint Proposed Voir Dire, Joint Jury Instructions, Joint Verdict Form | 9/26/08 | 2/27/09 |
| Pretrial Conference at 10:00 a.m. | 9/25/08 | 2/26/09 |
| Final Pretrial Conference at 10:00 a.m. | 10/23/08 | 3/19/09 |
| TRIAL (1:30-5:00 M-Th) | 10/27/08 | 3/23/09 |

**IT IS SO ORDERED.**

Dated: _____

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge