DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
KIMBERLY A. BLISS, State Bar #207857
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3861
Facsimile:      (415) 554-3837
E-Mail:          kimberly.bliss@sfgov.org

Attorneys for Defendants CITY AND COUNTY OF
SAN FRANCISCO, MARK MCKINNEY AND
MARCO GARCIA

JOHN L. BURRIS, Esq.  SBN 69888
ADANTÉ D. POINTER, Esq. SBN 236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street Suite 1120
Oakland, CA 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiff
DANIEL ALVARENGA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL ALVARENGA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, MARCO GARCIA AND MARK McKINNEY, individually and in their official capacities as a police officer for the CITY AND COUNTY OF SAN FRANCISCO & DOES 1-10, individually and in their official capacities,<br><br>　　　　　Defendants. | Case No. C07-02526 MEJ<br><br>**JOINT STIPULATION RE CONTINUANCE OF CERTAIN PRETRIAL DATES; [PROPOSED] ORDER**<br><br>Trial Date:           October 27, 2008 |

Joint Stipulation and Order
USDC Case No. C07-02526 MEJ

1

n:\lit\li2008\071510\00505165.doc

The parties submit this Joint Stipulation and [Proposed] Order seeking a continuance of certain pretrial dates. Despite diligently pursuing discovery to date, the parties need additional time to complete expert rebuttal reports and discovery because of the unavailability of several expert witnesses and one percipient witness before the discovery cut-off date of August 29, 2008.

**GOOD CAUSE**

The parties have diligently pursued discovery to date. The parties have exchanged initial and supplemental disclosures, written discovery (including interrogatories and document requests), subpoenaed third-party records, taken the depositions of the parties and witnesses, had plaintiff examined by a defense medical examiner, exchanged expert reports and noticed expert depositions.

After the parties exchanged expert reports, Plaintiff's counsel informed defense counsel that one of his rebuttal experts was unavailable and would not be able to provide a rebuttal report until September 8, 2008. Plaintiff's counsel also informed defense counsel that two of Plaintiff's four expert witnesses were unavailable for deposition until after the August 29, 2008 discovery cut-off. After meeting and conferring several times over the phone, the parties agreed to the following:

- Two of Plaintiff's experts (Drs. Warbritton and Retodo) who are available for deposition will be deposed on August 28, 2008.
- The parties would seek an extension of the expert rebuttal date to September 9, 2008 due to the unavailability of Plaintiff's biomechanist.
- The parties would seek an extension of the discovery cut-off date to September 26, 2008 to accommodate the need to take the remaining noticed depositions (of four experts and one percipient witness) based on the unavailability of the witnesses. (Several of the depositions have already been set for dates in September, and the parties are still meeting and conferring regarding the others—but anticipate no problems completing them before September 26, 2008.)
- Because the depositions will now not be completed until late September, the parties also seek an extension of the dispositive motion filing date to October 16, 2008, which provides a hearing date of November 20, 2008. The parties do not seek an extension

of any of the other pretrial and trial dates.  Even with the continuance of the motion hearing date, there will be two months between the dispositive motion hearing date and the date pretrial disclosures are due, which the parties hope provides the Court adequate time to consider and rule on the defendants' anticipated motion for summary adjudication before the parties and/or the Court expend considerable time and resources on the pretrial filings.

## STIPULATION

For the reasons stated above, the parties agree that there is good cause to continue the following pretrial dates in this matter.  Accordingly, the parties stipulate to, and hereby request a continuance of the pretrial dates in this matter as follows:

| **Deadline** | **Current Date** | **New Date** |
|---|---|---|
| Expert rebuttal disclosures due | 8/8/08 | 9/8/08 |
| Discovery cut-off | 8/29/08 | 9/26/08 |
| Last day to file motion to compel | 9/8/08 | 10/3/08 |
| Last day to file dispositive motions | 9/18/08 | 10/16/08 |
| Last day to hear dispositive motions at 10:00 a.m. | 10/23/08 | 11/20/08 |

**IT IS SO STIPULATED:**

Dated:  August 27, 2008

                               DENNIS J. HERRERA
                               City Attorney
                               JOANNE HOEPER
                               Chief Trial Deputy


                            By:_____/s/_____
                               KIMBERLY A. BLISS
                               Deputy City Attorney

                               Attorneys for Defendant CITY AND COUNTY OF
                               SAN FRANCISCO, MARCO GARCIA AND MARK
                               MCKINNEY

1  Dated: August 27, 2008

LAW OFFICES OF JOHN BURRIS

By: _____/s/_____
ADANTE D. POINTER

Attorneys for Plaintiff DANIEL ALVARENGA

Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.

# [PROPOSED] ORDER

Based on the Stipulation of the parties and good cause appearing therefore, the pretrial and trial dates in this matter are continued as follows:

| Deadline | Current Date | New Date |
| --- | --- | --- |
| Expert rebuttal disclosures due | 8/8/08 | 9/8/08 |
| Discovery cut-off | 8/29/08 | 9/26/08 |
| Last day to file motion to compel | 9/8/08 | 10/3/08 |
| Last day to file dispositive motions | 9/18/08 | 10/16/08 |
| Last day to hear dispositive motions at 10:00 a.m. | 10/23/08 | 11/20/08 |

The other pretrial and trial dates in this case remain unchanged, and are as follows:

| | |
| --- | --- |
| Deadline to meet and confer and exchange pretrial filings specified in ¶J(2) of the Court's Pretrial Order | 1/28/09 |
| Pretrial filings due to Court | 2/12/09 |
| File Motions in Limine | 2/12/09 |
| File oppositions to Motions in Limine | 2/19/09 |
| File Trial Briefs, Joint Proposed Voir Dire, Joint Jury Instructions, Joint Verdict Form | 2/27/09 |
| Pretrial Conference at 10:00 a.m. | 2/26/09 |
| Final Pretrial Conference at 10:00 a.m. | 3/19/09 |
| TRIAL (1:30-5:00 M-Th) | 3/23/09 |

**IT IS SO ORDERED.**

Dated:_____

HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

Joint Stipulation and Order                5                n:\lit\li2008\071510\00505165.doc
USDC Case No. C07-02526 MEJ