1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   KIMBERLY A. BLISS, State Bar #207857
3  Deputy City Attorney
   Fox Plaza
4  1390 Market Street, Sixth Floor
   San Francisco, California 94102-5408
5  Telephone:    (415) 554-3861
   Facsimile:    (415) 554-3837
6  E-Mail:       kimberly.bliss@sfgov.org

7  Attorneys for Defendants CITY AND COUNTY OF
   SAN FRANCISCO, MARK MCKINNEY AND
8  MARCO GARCIA

9  JOHN L. BURRIS, Esq.  SBN 69888
   ADANTÉ D. POINTER, Esq. SBN 236229
10 LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
11 7677 Oakport Street Suite 1120
   Oakland, CA 94621
12 Telephone:  (510) 839-5200
   Facsimile:  (510) 839-3882
13 John.Burris@johnburrislaw.com
   Adante.Pointer@johnburrislaw.com

14 Attorneys for Plaintiff
   DANIEL ALVARENGA
15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  DANIEL ALVARENGA, | Case No. C07-02526 MEJ |
| 19         Plaintiff, | **JOINT STIPULATION RE CONTINUANCE OF CERTAIN PRETRIAL DATES; [PROPOSED] ORDER** |
| 20         vs. | |
| 21  CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation, MARCO GARCIA AND MARK McKINNEY, individually and in their official capacities as a police officer for the CITY AND COUNTY OF SAN FRANCISCO & DOES 1-10, individually and in their official capacities, | Trial Date:    October 27, 2008 |
| 25         Defendants. | |

The parties submit this Joint Stipulation and [Proposed] Order seeking a continuance of certain pretrial dates.  Despite diligently pursuing discovery to date, the parties need additional time to complete expert rebuttal reports and discovery because of the unavailability of several expert witnesses and one percipient witness before the discovery cut-off date of August 29, 2008.

**GOOD CAUSE**

The parties have diligently pursued discovery to date.  The parties have exchanged initial and supplemental disclosures, written discovery (including interrogatories and document requests), subpoenaed third-party records, taken the depositions of the parties and witnesses, had plaintiff examined by a defense medical examiner, exchanged expert reports and noticed expert depositions.

After the parties exchanged expert reports, Plaintiff's counsel informed defense counsel that one of his rebuttal experts was unavailable and would not be able to provide a rebuttal report until September 8, 2008.  Plaintiff's counsel also informed defense counsel that two of Plaintiff's four expert witnesses were unavailable for deposition until after the August 29, 2008 discovery cut-off.  After meeting and conferring several times over the phone, the parties agreed to the following:

- Two of Plaintiff's experts (Drs. Warbritton and Retodo) who are available for deposition will be deposed on August 28, 2008.
- The parties would seek an extension of the expert rebuttal date to September 9, 2008 due to the unavailability of Plaintiff's biomechanist.
- The parties would seek an extension of the discovery cut-off date to September 26, 2008 to accommodate the need to take the remaining noticed depositions (of four experts and one percipient witness) based on the unavailability of the witnesses.  (Several of the depositions have already been set for dates in September, and the parties are still meeting and conferring regarding the others—but anticipate no problems completing them before September 26, 2008.)
- Because the depositions will now not be completed until late September, the parties also seek an extension of the dispositive motion filing date to October 16, 2008, which provides a hearing date of November 20, 2008.  The parties do not seek an extension

of any of the other pretrial and trial dates.  Even with the continuance of the motion hearing date, there will be two months between the dispositive motion hearing date and the date pretrial disclosures are due, which the parties hope provides the Court adequate time to consider and rule on the defendants' anticipated motion for summary adjudication before the parties and/or the Court expend considerable time and resources on the pretrial filings.

## STIPULATION

For the reasons stated above, the parties agree that there is good cause to continue the following pretrial dates in this matter.  Accordingly, the parties stipulate to, and hereby request a continuance of the pretrial dates in this matter as follows:

| **Deadline** | **Current Date** | **New Date** |
| --- | --- | --- |
| Expert rebuttal disclosures due | 8/8/08 | 9/8/08 |
| Discovery cut-off | 8/29/08 | 9/26/08 |
| Last day to file motion to compel | 9/8/08 | 10/3/08 |
| Last day to file dispositive motions | 9/18/08 | 10/16/08 |
| Last day to hear dispositive motions at 10:00 a.m. | 10/23/08 | 11/20/08 |

**IT IS SO STIPULATED:**

Dated:  August 27, 2008

                        DENNIS J. HERRERA
                        City Attorney
                        JOANNE HOEPER
                        Chief Trial Deputy


                    By:_____/s/_____
                        KIMBERLY A. BLISS
                        Deputy City Attorney

                        Attorneys for Defendant CITY AND COUNTY OF
                        SAN FRANCISCO, MARCO GARCIA AND MARK
                        MCKINNEY

1  Dated:  August 27, 2008

                              LAW OFFICES OF JOHN BURRIS

By:_____/s/_____
    ADANTE D. POINTER

Attorneys for Plaintiff DANIEL ALVARENGA

Pursuant to General Order 45, §X.B., the filer of this document attests that she has received the concurrence of this signatory to file this document.

# [PROPOSED] ORDER

Based on the Stipulation of the parties and good cause appearing therefore, the pretrial and trial dates in this matter are continued as follows:

| Deadline | Current Date | New Date |
| --- | --- | --- |
| Expert rebuttal disclosures due | 8/8/08 | 9/8/08 |
| Discovery cut-off | 8/29/08 | 9/26/08 |
| Last day to file motion to compel | 9/8/08 | 10/3/08 |
| Last day to file dispositive motions | 9/18/08 | 10/16/08 |
| Last day to hear dispositive motions at 10:00 a.m. | 10/23/08 | 11/20/08 |

The other pretrial and trial dates in this case remain unchanged, and are as follows:

| | |
| --- | --- |
| Deadline to meet and confer and exchange pretrial filings specified in ¶J(2) of the Court's Pretrial Order | 1/28/09 |
| Pretrial filings due to Court | 2/12/09 |
| File Motions in Limine | 2/12/09 |
| File oppositions to Motions in Limine | 2/19/09 |
| File Trial Briefs, Joint Proposed Voir Dire, Joint Jury Instructions, Joint Verdict Form | 2/27/09 |
| Pretrial Conference at 10:00 a.m. | 2/26/09 |
| Final Pretrial Conference at 10:00 a.m. | 3/19/09 |
| TRIAL (1:30-5:00 M-Th) | 3/23/09 |

**IT IS SO ORDERED.**

Dated: August 28, 2008

_____
HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge

Joint Stipulation and Order
USDC Case No. C07-02526 MEJ

5

n:\lit\li2008\071510\00505165.doc