IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL ALVARENGA,

        Plaintiff(s),

  vs.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendant(s).

No. C 07-2526 MEJ

**ORDER FOR PARTIES TO FILE JOINT STATUS STATEMENT**

On August 28, 2008, the Court granted the parties' stipulated request to continue the dispositive motion deadline to October 16, 2008. (Dkt. #37.) However, upon review of the docket, the Court notes that neither party filed a motion by the deadline, and there has been no further docket activity since that time. Accordingly, the Court hereby ORDERS the parties to file a joint status statement by November 13, 2008.

**IT IS SO ORDERED.**

Dated: November 5, 2008

                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge