IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL ALVARENGA,

        Plaintiff(s),

  vs.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendant(s).

No. C 07-2526 MEJ

**CONDITIONAL DISMISSAL**

On January 28, 2009, the parties in the above-captioned matter participated in a settlement conference before Magistrate Judge James Larson, at which time the case settled. Accordingly, IT IS HEREBY ORDERED that this case be dismissed with prejudice. However, if any party shall certify to the Court, within ninety days and proof of service on opposing counsel, that the agreed consideration for said settlement has not been delivered, this Order shall stand vacated and the case shall be restored to the calendar for trial.

**IT IS SO ORDERED.**

Dated: January 29, 2009

                                             MARIA-ELENA JAMES
                                             United States Magistrate Judge